FILED
10-26-01
200?

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER CV 01-2300 |
|---|---|
| PLAINTIFF(S), | |
| v.. | |
| Patricia Johnson | DEFAULT BY CLERK<br>F.R.Civ.P. 55(a) |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a) and Local Rule 14.10, that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Agnst dft Patricia Johnson

CLERK, U. S. DISTRICT COURT

Dated:  October 26, 2001            By _____
                                        Deputy Clerk