GOLDSMITH & HULL  File No. C99-21830
JERRY A. WEISSBURG (086729)
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

Attorneys for Plaintiff

ENTERED
CLERK, U.S. DISTRICT COURT
10-26-01
? 6 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
10-26-01
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. A01-2300 |
| ) | |
| Plaintiff, ) | |
| v. ) | DEFAULT JUDGMENT |
| ) | |
| PATRICIA JOHNSON ) | |
| ) | |
| Defendant. ) | |
| _____) | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) PATRICIA JOHNSON on __10-26-01__ for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ.P. 55,

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s), PATRICIA JOHNSON the sum of $1,252.36 principal, $90.10 accrued pre-judgment interest, $107.00 penalties/administrative charges, $170.00 court costs, plus $325.24 attorney fees, for a total of $1,944.70 plus interest from August 13, 2001, at the rate of $.11 per day to date of entry of judgment.  Judgment to accrue interest at the legal rate until paid.

DATE: 10/26/01

SHERRI R. CARTER, CLERK OF THE COURT
U.S. District Court Central District of California

BY: _____
DEPUTY CLERK

✓ Docketed
— Copies / NTC Sent
✓ JS - 5 / JS - 6
— JS - 2 / JS - 3
— CLSD